UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERRY ALLISON HOOD,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>FERNANDEIS FRAZIER, *et al.*,<br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00486-ART-CSD<br><br>**Order Granting Extension of Time to File Amended Petition to August 30, 2023**<br><br>(ECF No. 15) |

　　　Perry Allison Hood asks the Court for an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 15.) Good cause appearing,

　　　IT IS ORDERED that Petitioner's unopposed motion for extension of time to file an amended petition **(ECF No. 15) is GRANTED** *nunc pro tunc.* **The deadline to file the amended petition is extended to August 30, 2023.**

DATED THIS 13th day of June 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE