UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERRY ALLISON HOOD,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>FERNANDEIS FRAZIER, *et al.*,<br>　　　　　　　　　　Respondents. | Case No. 3:22-cv-00486-ART-CSD<br><br>**Order Granting Extension of Time to Respond to Motion for Discovery to August 24, 2023**<br><br>(ECF No. 19) |

　　　Respondents seek an extension of time to respond to 28 U.S.C. § 2254 habeas corpus petitioner Perry Allison Hood's motion for discovery. (ECF No. 19.) Good cause appearing,

　　　IT IS ORDERED that Respondents' unopposed motion for extension of time to respond to motion for discovery **(ECF No. 19) is GRANTED** *nunc pro tunc*. The deadline for Respondents to file their Response to Petitioner Perry Allison Hood's Motion for Discovery (ECF No. 17) is extended to August 24, 2023.

　　　DATED THIS 28th day of July 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1