UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERRY ALLISON HOOD,<br><br>　　　　　　　　　　　　Petitioner,<br>v.<br>FERNANDEIS FRAZIER, *et al.*,<br><br>　　　　　　　　　　　　Respondents. | Case No. 3:22-cv-00486-ART-CSD<br><br>**Order Granting Extension of Time to File First-Amended Petition to October 30, 2023**<br><br>(ECF No. 22) |

　　　　Petitioner Perry Allison Hood, through counsel the Federal Public Defender, seeks an extension of time to file a first-amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 22.) Good cause appearing,

　　　　It is ordered that Petitioner's unopposed second motion for extension of time to file an amended petition **(ECF No. 22) is GRANTED** *nunc pro tunc*. **The deadline to file the amended petition is extended to October 30, 2023.**

　　　　DATED THIS 14th day of September 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1