UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Perry Allison Hood, | Case No. 3:22-cv-00486-ART-CSD |
| Petitioner, | **Order Dismissing Petition** |
| v. | |
| Fernandeis Frazier, *et al.*, | |
| Respondents. | |

This is Petitioner Perry Allison Hood's 28 U.S.C. § 2254 federal habeas corpus action. Respondents have filed a Suggestion of Death of the Petitioner pursuant to FRCP 25(a)(1). (ECF No. 36). They have attached an email from the Nevada Department of Corrections (NDOC) confirming Petitioner's death. (ECF No. 36-1.)[1]

A state prisoner may challenge his conviction or sentence on the ground that he is "in custody in violation of the Constitution or laws or treaties of the United States." § 2254(a). Petitioner's death renders this case moot, so the petition must be dismissed as moot. *See Farmer v. McDaniel*, 692 F.3d 1052 (9th Cir. 2012); *Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005); *Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003); *see also Dove v. United States*, 423 U.S. 325 (1976).

---

[1] The NDOC online records also indicate that Petitioner has died. *See* https://ofdsearch.doc.nv.gov.

1

1    It is therefore ordered that the petition is dismissed as moot. The Clerk of
2    Court is directed to enter judgment accordingly and close this case.

4    Dated this 30th day of September 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE